UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JORGE TORRES,                                               Index No.: 13-CV-6864 (JS)(SIL)

                   Plaintiff,                       **STIPULATION AND ORDER OF**
                                                              **DISMISSAL WITH PREJUDICE**
-against-

UNITED SERVICE WORKERS UNION LOCAL 74
and PINELAWN CEMETARY,

                   Defendants.
-----------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Jorge Torres and Defendants United Service Workers Union Local 74 and Pinelawn Cemetery (collectively "the parties"), through their undersigned counsel, that the complaint in this action, and all the claims therein (Labor Management Relations Act Hybrid Section 301 First Cause of Action against Local 74 and Pinelawn, and the state law claims in the Second, Third, and Fourth Causes of Action against Pinelawn) be dismissed in their entirety as against all defendants, pursuant to Fed. R. Civ. P. 41(a)(1), with prejudice, and with each party to bear their own fees and costs.

      **FURTHER, IT IS HEREBY STIPULATED AND AGREED** between the parties that this Stipulation may be signed in counterparts and by facsimile, pdf, or electronic signatures, all of which shall be treated as an original when taken together.

1

Dated: Aug. 3, 2015  
       Farmingdale, New York

FRANK & ASSOCIATES, P.C.

   s/ Neil M. Frank  
Neil M. Frank  
500 Bi-County Blvd., #465  
Farmingdale, NY 11735  
*Attorneys for Plaintiff*

Dated: Aug. 3, 2015  
       New York, New York

O'DWYER & BERNSTIEN, LLP

   s/ Joy K. Mele  
Joy K. Mele (JM0207)  
52 Duane Street, 5th Fl.  
New York, NY 10007  
*Attorneys for Defendant United Service Workers Union Local 74*

Dated: Aug. 3, 2015  
       New York, New York

DUANE MORRIS LLP

   s/ Eve I. Klein  
Eve Irene Klein  
1540 Broadway  
New York, NY 10036  
*Attorneys for Defendant Pinelawn Cemetery*

SO ORDERED:

/s/ JOANNA SEYBERT  
Joanna Seybert, USDJ  
Dated: Aug. 5, 2015  
Central Islip, NY